IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOE OFFOLTER; DANNY CALDWELL; ELIZABETH BUTLER; RANDY BLAIR; BRYAN HAWK; SCOTT YOUNG; BOYD CASTER; MICHAEL MAJOR,<br><br>Plaintiffs,<br><br>v.<br><br>HORSERACING INTEGRITY AND SAFETY AUTHORITY, INC.; FEDERAL TRADE COMMISSION; LINA KHAN, in her official capacity as Chair of the Federal Trade Commission,<br><br>Defendants. | Case No. CIV-24-749-D |

## JOINT MOTION FOR ADMINISTRATIVE CLOSING ORDER

Plaintiffs and Defendants respectfully move this Court for an administrative closing order in the above-captioned case. In support of their motion, the Parties represent the following:

**1.** On July 24, 2024, Plaintiffs filed a complaint in this case. Doc. No. 1. On August 8, 2024, the Court denied Plaintiffs' Emergency Application for a Temporary Restraining Order following a hearing on the application. Doc. No. 27.

**2.** Plaintiffs served Defendant Horseracing Integrity and Safety Authority, Inc. ("Authority") with the complaint on October 21, 2024 and served the FTC Defendants with the complaint on October 28, 2024. Under Federal Rule of Civil Procedure 12(a), the Authority's responsive pleading is due on or before November 12, 2024 and the FTC's responsive pleading is due on or before December 27, 2024.

1

3.  Plaintiffs facially challenge the Horseracing Integrity and Safety Act of 2020, as amended ("HISA") and its implementing rules. On October 28, 2024, the U.S. Supreme Court stayed the mandate of the U.S. Court of Appeals for the Fifth Circuit associated with a judgment that declared HISA's enforcement provisions facially unconstitutional under the private-nondelegation doctrine. No. 24A287. The Supreme Court is considering various petitions for a writ of certiorari concerning the facial constitutionality of HISA. *See* Nos. 24-420, 24-429, 24-433, 24-465, 24-472, 24-489; *see also* No. 23-402 (considering rehearing from denial of certiorari petition).

4.  In light of the foregoing certiorari petitions and the Supreme Court's stay order, the parties respectfully request that the Court administratively close this case unless or until a party moves to reopen or dismiss it after the Supreme Court's disposition of the above-listed certiorari petitions. Should no party take any action to reopen or dismiss this case by August 1, 2025, this case should be deemed to be dismissed.

5.  All parties consent to the requested relief, which would preserve judicial and party resources by preventing the parties from briefing, and the Court from resolving, constitutional issues that the U.S. Supreme Court is presently considering and may soon resolve. No party will be prejudiced by the requested relief. There is thus good cause for an administrative closing order.

WHEREFORE, the parties move the Court for an order administratively closing this case unless or until a party moves to reopen or dismiss the case by August 1, 2025, following the Supreme Court's disposition of the pending certiorari petitions concerning HISA.

Dated: November 6, 2024

      s/Terry M. McKeever_____

Christopher L. Kannady, OBA #20513
Terry M. McKeever, OBA#21751
Foshee & Yaffe Law Firm
P.O. Box 890420
Oklahoma City, OK  73189
Telephone: (405) 632-6668
Facsimile:  (405) 632-3036
Email: tmm@fylaw.com
      clk@fylaw.com

*Counsel for Plaintiffs*

*/s/ Mariana Pitts*_____
Andrew W. Lester, OBA No. 5388
Mariana I. Pitts, OBA No. 34989
SPENCER FANE LLP
9400 N. Broadway Ext., Suite 600
Oklahoma City, OK 73114
Telephone: (405) 753-5911
Facsimile: (405) 844-9958
Email: alester@spencerfane.com
Email: mpitts@spencerfane.com

Pratik A. Shah (admitted *pro hac vice*)
Lide E. Paterno (admitted *pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, NW
Washington, DC 20006
Tel: (202) 887-4000
Fax: (202) 887-4288

John C. Roach (admitted *pro hac vice*)
RANSDELL ROACH & ROYSE, PLLC
176 Pasadena Drive, Building One
Lexington, KY 40503
Tel:  (859) 276-6262
Fax:  (859) 276-4500

*Counsel for Defendant Horseracing Integrity and Safety Authority, Inc*

3

DATED:  November 6, 2024                Respectfully submitted,

                                                  BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Director, Federal Programs Branch

/s/ *Stephen Ehrlich*
STEPHEN EHRLICH
ALEXANDER V. SVERDLOV
Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
Peter W. Rodino, Jr. Federal Building
970 Broad Street, 7th Floor
Newark, NJ 07102
Phone: (202) 305-9803
Email: stephen.ehrlich@usdoj.gov

*Attorneys for the FTC Defendants*